IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| CENTRAL LABORERS' PENSION FUND, et al., | ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No.  06-3145 ) |
| HERMAN JOHNSON, d/b/a J & J CONSTRUCTION, | ) ) ) ) |
| Defendant. | ) |

## OPINION

JEANNE E. SCOTT, U.S. District Judge:

This matter is before the Court on Plaintiffs' Motion for Default Judgment (d/e 9).  The Court has reviewed the Motion and other pleadings. The Complaint has been duly filed and served upon the Defendant, HERMAN JOHNSON d/b/a J & J CONSTRUCTION, and the Defendant has failed to answer or otherwise plead within the statutory time frame.

THEREFORE, the Plaintiffs' Motion for Default Judgment (d/e 9) is ALLOWED.  A Default Judgment is hereby entered in favor of the Plaintiffs and against Defendant, HERMAN JOHNSON d/b/a J & J CONSTRUCTION, as follows:

A. Judgment is entered in favor of the Plaintiffs and against the Defendant for contributions and liquidated damages due and owing for the period from April 1, 2002, through May 31, 2005, in the total amount of $4,233.54;

B. Defendant is ordered to pay to the Plaintiffs their attorney fees in the amount of $2,376.08, as provided by the Trust Agreements and ERISA, 29 U.S.C. § 1132(g)(2); and

C. Defendant is ordered to pay all costs attendant to the cost of these proceedings.

IT IS THEREFORE SO ORDERED.

ENTER: October 17, 2006.

FOR THE COURT:

s/ Jeanne E. Scott
JEANNE E. SCOTT
UNITED STATES DISTRICT JUDGE